Maxwell Brunken
1016 Hidden View ct
Burleson, TX 76028
817-682-6286
Maxwellrb@proton.me
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Maxwell Brunken, )  | | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. | CV25-02952-PHX-KML |
| ) | | |
| Turo Inc., ) | | |
|    Defendant. ) | | |

**SEALED**

MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND EX PARTE

Plaintiff Maxwell Brunken, appearing pro se, respectfully moves the Court for leave to file certain documents under seal and ex parte.

The documents contain personally identifiable information, correspondence, and booking details involving a third party who is **not a party to this action** but is a **public figure**. The individual's personal contact details, signatures, and transaction identifiers appear in the attached evidence. Disclosure of this information on public records would pose a risk to their privacy and could lead to reputational harm or public exposure unrelated to the merits of this case.

In addition, the sealed material includes content relevant to Plaintiff's claims and legal strategy, the premature public release of which may result in prejudice, harassment, or interference with these proceedings.

This request is narrowly tailored to protect non-party privacy while maintaining the integrity of the record. Plaintiff respectfully asks that these materials be reviewed **by the Court only**, and that they remain sealed unless ordered otherwise.

Respectfully submitted,

Dated: August 5, 2025

_____

Maxwell Brunken (Pro Se)